**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7376**

SUNDARI K. PRASAD, f/k/a Aurealia N. Nelson,

        Plaintiff - Appellant,

    v.

DELTA SIGMA THETA SORORITY, INC., ETA Tau Chapter,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:16-cv-00897-MHL-RCY)

Submitted:  February 22, 2018           Decided:  February 27, 2018

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sundari K. Prasad, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sundari K. Prasad appeals the district court's order dismissing as frivolous Prasad's civil rights action against Delta Sigma Theta Sorority, Inc., because the claims raised therein were barred by the applicable statutes of limitations.[*] On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Prasad does not challenge the basis for the district court's disposition in her informal brief. Thus, Prasad has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court dismissed this action after conducting frivolity review pursuant to 28 U.S.C. § 1915(e)(2) (2012).